

Scott Zebrak
5225 Wisconsin Avenue NW | Suite 503
Washington, DC 20015
T: (202) 450.3758 | F: (866) 766-1678
scott@oandzlaw.com | www.oandzlaw.com

February 6, 2018

*Via ECF*

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

Re:   *Philpot v. UMG Recordings, Inc.*, 1:17-cv-05058-AT-DCF

Dear Judge Freeman:

We represent the Defendant, UMG Recordings, Inc. ("UMG"), in the above-referenced case. Pursuant to Your Honor's January 30, 2018 Order (ECF No. 46), the parties have met and conferred towards narrowing the topics in Plaintiff's Federal Rule of Civil Procedure 30(b)(6) deposition notice to UMG. At this time, UMG is pleased to report that the parties have reached a resolution concerning the topics in the notice.

We thank the Court for its time and assistance.

                                                                                  Respectfully,

                                                                                        /s/

                                                                                Scott Zebrak

cc: Plaintiff's counsel (via ECF)