```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY PHILPOT,

                Plaintiff,

-against-

UMG RECORDINGS, INC.,

                Defendant.

17 Civ. 5058 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having received a motion by counsel for Plaintiff seeking to withdraw as counsel, ECF No. 53, it is ORDERED that:

1. All discovery deadlines are hereby STAYED.

2. By **February 21, 2018**, counsel for Plaintiff shall prepare a declaration that elaborates on the breakdown of the attorney-client relationship. Counsel shall submit the declaration to Plaintiff and to the Court at Torres_NYSDChambers@nysd.uscourts.gov and shall not file the declaration on ECF. Counsel shall also send a copy of this order to Plaintiff.

3. By **March 7, 2018**, Plaintiff shall prepare a response to the declaration of counsel. Plaintiff shall submit such response to Dunnegan & Scileppi LLC and to the Court at Torres_NYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: February 14, 2018
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge